IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOE A. WASHINGTON                                                    PLAINTIFF

v.                          Case No. 06-5096

ATLANTIC SOUTHEAST AIRLINES, INC.,
d/b/a Delta Airlines                                                 DEFENDANT

**ORDER**

On October 23, 2006, the Court entered an order permitting plaintiff's counsel to withdraw after counsel indicated that plaintiff had failed to contact him regarding answers to interrogatories and had failed to respond to counsel's phone messages. (Docs. 13, 14.)

The Court granted plaintiff until November 13, 2006, to advise the Court of whether or not he intended to proceed with the action pro se or have an attorney enter an appearance on his behalf. The Court advised plaintiff that the failure to comply with this order could result in the dismissal of his action.

As of this date, plaintiff has not complied with the Court's order or communicated to the Court in any way that he intends to proceed with this action. Accordingly, plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE** on the grounds that he has failed to prosecute it and has failed to comply with a Court order. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 16th day of November 2006.

                                                              <u>/S/JIMM LARRY HENDREN</u>
                                                              JIMM LARRY HENDREN
                                                              UNITED STATES DISTRICT JUDGE